Entered on Docket
March 25, 2010

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
HSBC Bank USA, National Association, as Indenture Trustee of the Fieldstone Mortgage Investment Trust, Series 2006-3
10-70564

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 09-17246-bam |
|---|---|
| Carl R. Forman and Kerry J. Forman | Date: 3/16/2010<br>Time: 1:30 pm<br><br>Chapter 13 |
| Debtors | |

**ORDER VACATING AUTOMATIC STAY**

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

2  above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

3  Secured Creditor HSBC Bank USA, National Association, as Indenture Trustee of the Fieldstone

4  Mortgage Investment Trust, Series 2006-3, its assignees and/or successors in interest, of the subject

5  property, generally described as 796 Alder Green Avenue, Henderson, NV 89015

6

7  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor

8  hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall

9  notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may

10  thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-

11  five (45) days after the foreclosure sale.

12

13  Submitted by:

14  **WILDE & ASSOCIATES**
By: _[signature] #10099_
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

15  **APPROVED / DISAPPROVED**
By: _[signature]_
Narrah F. Newark
Attorney for Debtor(s)

16  **APPROVED / DISAPPROVED**

By:_____
Kathleen A Leavitt
Chapter 13 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_    The court waived the requirements of LR 9021.
\_\_\_\_    No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_    No parties appeared or filed written objections, and the trustee is the movant.
_x_    This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
  _x_  approved the form of this order       \_\_\_\_ disapproved the form of this order
  \_\_\_\_ waived the right to review the order and/or  \_\_\_\_ failed to respond to the document
  \_\_\_\_ appeared at the hearing, waived the right to review the order
  \_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order
Trustee:
  \_\_\_\_ approved the form of this order       \_\_\_\_ disapproved the form of this order
  \_\_\_\_ waived the right to review the order and/or  _x_ failed to respond to the document

\_\_\_\_    This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
  \_\_\_\_ approved the form of this order       \_\_\_\_ disapproved the form of this order
  \_\_\_\_ waived the right to review the order and/or  \_\_\_\_ failed to respond to the document
  \_\_\_\_ appeared at the hearing, waived the right to review the order
  \_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order
Trustee:
  \_\_\_\_ approved the form of this order       \_\_\_\_ disapproved the form of this order
  \_\_\_\_ waived the right to review the order and/or  \_\_\_\_ failed to respond to the document

\_\_\_\_    I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor